[No. 9396-7-I.   Division One.   June 1, 1982.]

PUBLIC EMPLOYEES MUTUAL INSURANCE COMPANY, *Respondent,* v. KENNETH J. CURTIS, *Defendant,* JOHN W. RAYBACK, *as Personal Representative,* ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-07864-0, T. Patrick Corbett, J., entered September 17, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by James and Callow, JJ.

[No. 10024-6-I.   Division One.   June 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN N. LEINGANG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-8-02882-2, Maurice Epstein, J. Pro Tem., entered September 29, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Callow, J.

[No. 10091-2-I.   Division One.   June 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS SULKOWSKI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-04624-8, Charles V. Johnson, J., entered March 31, 1981. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., and Callow, J.